UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RICHARD DICKSON #589943 | CIVIL ACTION NO. 19-cv-705 SEC P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| JAMES M LEBLANC ET AL | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that this civil action be dismissed without prejudice for failure to prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the __15th__ day of September, 2020.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE